**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **YULAN HUANG,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,**<br><br>**Defendants.** | **Misc. Case No. 1:26-mc-00498**<br><br>**ORDER GRANTING LEAVE TO FILE REDACTED COMPLAINT AND TEMPORARILY SEAL CERTAIN MATERIALS** |

Upon consideration of Plaintiff's Motion for Leave to File a Redacted Complaint and Temporarily Seal Certain Materials pursuant to Section 6.15 of the Southern District of New York Electronic Case Filing Rules & Instructions, and for good cause shown, it is ORDERED that:

1. Plaintiff is granted leave under ECF Rule 6.15 to initiate the civil action by filing a public redacted Complaint and a corresponding unredacted Complaint under seal, in accordance with the applicable case-opening procedures and any further directions of the Clerk's Office.

2. Plaintiff may file under seal the unredacted Schedule A, Exhibits B and C in their entirety, and unredacted versions of the Memorandum of Law, Declaration of Yulan Huang, and Declaration of Alexander Warden. Plaintiff shall submit public redacted versions of the Complaint, Schedule A, Memorandum of Law, and supporting declarations, and public placeholders for Exhibits B and C. Exhibit A shall be publicly filed.

3. The materials identified above shall remain under seal unless and until otherwise ordered by the judge later assigned to this matter. Plaintiff may seek modification of the sealing restrictions as appropriate.

SO ORDERED.

Dated: __October 9, 2026

New York, New York

J. PAUL OETKEN
United States District Judge

Part I